**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Glen Johnson, et al., | Civil No. 11-3557 (RHK/LIB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| States Borders Construction, Inc., Gregory T. Vold, individually, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  December 9, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge