**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Glen Johnson, *et al.*,

        Plaintiffs,

                                            Civ. No. 11-3557 (RHK/LIB)
                                            **ORDER**

v.

States Border Construction, Inc., and
Gregory T. Vold, individually,

        Defendants.

---

      This matter is before the Court *sua sponte*.  **IT IS ORDERED** that the hearing on Plaintiffs' Motion for Entry of Judgment (Doc. No. 17), currently scheduled for September 18, 2012, in Fergus Falls, is **CANCELED**.  The Motion will be resolved based on the written submissions.  It is further **ORDERED** that Plaintiffs mail a copy of this Order to Defendants at their last-known addresses.

Dated:  September 11, 2012                                  s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge